**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | § | Case No. 3:08-BK-14534-GBN |
| | § | |
| MICHAEL DAMIEN PARNELL | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Lawrence J. Warfield, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $135,803.49 | Assets Exempt: | $76,358.35 |
| Total Distributions to Claimants: | $558.08 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $264.34 | | |

3) Total gross receipts of $822.42 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $822.42 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $147,341.63 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $264.34 | $264.34 | $264.34 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $49,669.03 | $48,034.12 | $48,034.12 | $558.08 |
| **Total Disbursements** | $197,010.66 | $48,298.46 | $48,298.46 | $822.42 |

4). This case was originally filed under chapter 7 on 10/20/2008. The case was pending for -1305 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/30/2013     By:  /s/ Lawrence J. Warfield
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2008 FEDERAL TAX REFUND | 1224-000 | $685.61 |
| NON-EXEMPT WAGES | 1229-000 | $134.84 |
| Interest Earned | 1270-000 | $1.97 |
| **TOTAL GROSS RECEIPTS** | | **$822.42** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC/Kawas | 4110-000 | $8,205.00 | NA | $0.00 | $0.00 |
| | Nautilus, Inc. | 4110-000 | $2,746.14 | NA | $0.00 | $0.00 |
| | VW Credit | 4110-000 | $22,087.00 | NA | $0.00 | $0.00 |
| | Washington Mutual | 4110-000 | $114,303.49 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$147,341.63** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lawrence J. Warfield, Trustee | 2100-000 | NA | $205.61 | $205.61 | $205.61 |
| Lawrence J. Warfield, Trustee | 2200-000 | NA | $58.73 | $58.73 | $58.73 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$264.34** | **$264.34** | **$264.34** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM | CLAIMANT | UNIFORM | CLAIMS | CLAIMS | CLAIMS | CLAIMS |
|---|---|---|---|---|---|---|

| NUMBER | | TRAN. CODE | SCHEDULED | ASSERTED | ALLOWED | PAID |
|---|---|---|---|---|---|---|
| 1 | RECOVERY MANAGEMENT SYSTEMS CORPORA | 7100-000 | NA | $3,948.02 | $3,948.02 | $45.88 |
| 2 | RECOVERY MANAGEMENT SYSTEMS CORPORA | 7100-000 | NA | $2,087.33 | $2,087.33 | $24.25 |
| 3 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | $994.41 | $994.41 | $994.41 | $11.55 |
| 4 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | NA | $2,829.68 | $2,829.68 | $32.88 |
| 5 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | NA | $1,373.94 | $1,373.94 | $15.96 |
| 6 | AMERICAN EXPRESS BANK FSB | 7100-000 | $3,531.59 | $8,363.57 | $8,363.57 | $97.17 |
| 7 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | $1,613.00 | $1,613.03 | $1,613.03 | $18.74 |
| 8 | WELLS FARGO EDUCATION FINANCIAL SER | 7100-000 | $9,537.00 | $9,557.92 | $9,557.92 | $111.05 |
| 9 | ECAST SETTLEMENT CORPORATION | 7100-000 | NA | $3,059.18 | $3,059.18 | $35.54 |
| 10 | ARIZONA STATE CREDIT UNION | 7100-000 | $14,380.46 | $14,207.04 | $14,207.04 | $165.06 |
| | Capital One | 7100-000 | $3,279.37 | NA | NA | $0.00 |
| | Citi Cards | 7100-000 | $2,161.26 | NA | NA | $0.00 |
| | GEMB/Chevron | 7100-000 | $25.00 | NA | NA | $0.00 |
| | HSBC | 7100-000 | $2,761.00 | NA | NA | $0.00 |
| | JC Penney | 7100-000 | $1,808.14 | NA | NA | $0.00 |
| | Lamont, Hanley & Assoc., Inc. | 7100-000 | $267.85 | NA | NA | $0.00 |
| | LVNV Funding | 7100-000 | $3,688.00 | NA | NA | $0.00 |
| | R C Willey | 7100-000 | $1,181.00 | NA | NA | $0.00 |
| | THD/CBSD | 7100-000 | $1,271.58 | NA | NA | $0.00 |
| | Walmart - Discover | 7100-000 | $3,169.37 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $49,669.03 | $48,034.12 | $48,034.12 | $558.08 |

| Case No.: | 08-14534-PCT GBN | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|
| Case Name: | PARNELL, MICHAEL DAMIEN | Date Filed (f) or Converted (c): | 10/20/2008 (f) |
| For the Period Ending: | 4/30/2013 | §341(a) Meeting Date: | 11/17/2008 |
| | | Claims Bar Date: | 12/03/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1 RESIDENCE - 2891 VERNON AVENUE, CAMP VERDE, AZ | $185,000.00 | $0.00 | | $0.00 | FA |
| 2 BANK ACCOUNTS - WELLS FARGO CHECKING | $100.00 | $382.50 | | $0.00 | FA |
| 3 BANK ACCOUNTS - WELLS FARGO SAVINGS | $56.00 | $2.94 | | $0.00 | FA |
| 4 HOUSEHOLD GOODS AND FURNISHINGS | $800.00 | $0.00 | | $0.00 | FA |
| 5 CLOTHING | $100.00 | $0.00 | | $0.00 | FA |
| 6 BOWLFLEX EXERCISE MACHINE | $300.00 | $0.00 | | $0.00 | FA |
| 7 VIDEO CAMERA | $100.00 | $100.00 | | $0.00 | FA |
| 8 PLAYSTATION 3 | $100.00 | $100.00 | | $0.00 | FA |
| 9 2006 KAWASAKI QUAD | $6,000.00 | $0.00 | | $0.00 | FA |
| 10 2006 VOLKSWAGON JETTA | $15,000.00 | $0.00 | | $0.00 | FA |
| 11 1971 CHEVY TRUCK | $4,500.00 | $0.00 | | $0.00 | FA |
| 12 NON-EXEMPT WAGES (u) | $164.91 | $164.91 | | $134.84 | FA |
| 13 2008 FEDERAL TAX REFUND (u) | $820.45 | $658.61 | | $685.61 | FA |
| INT Interest Earned | Unknown | Unknown | | $1.97 | FA |

**TOTALS (Excluding unknown value)**          **Gross Value of Remaining Assets**

$213,041.36      $1,408.96      $822.42      $0.00

| Initial Projected Date Of Final Report (TFR): | 12/15/2010 | Current Projected Date Of Final Report (TFR): | 06/10/2012 | /s/ LAWRENCE J. WARFIELD |
|---|---|---|---|---|
| | | | | LAWRENCE J. WARFIELD |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-14534-PCT GBN | | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|---|
| Case Name: | PARNELL, MICHAEL DAMIEN | | Bank Name: | M&I Bank |
| Primary Taxpayer ID #: | ******7795 | | Money Market Acct #: | ******2900 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 10/20/2008 | | Blanket bond (per case limit): | $82,080,307.00 |
| For Period Ending: | 4/30/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/24/2010 | | Transfer from Acct #********0465 | Bank Funds Transfer | 9999-000 | $820.62 | | $820.62 |
| 02/28/2010 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.01 | | $820.63 |
| 03/31/2010 | (INT) | M&I Bank | Interest Rate 0.120 | 1270-000 | $0.09 | | $820.72 |
| 04/30/2010 | (INT) | M&I Bank | Interest Rate 0.120 | 1270-000 | $0.08 | | $820.80 |
| 04/30/2010 | | PARNELL-BCY-WARFIELD-TRT | TOTAL SERVICE CHARGE | 9999-000 | | $10.00 | $810.80 |
| 05/20/2010 | | PARNELL-BCY-WARFIELD-TRT | MAINT FEE REFUND | 9999-000 | $20.00 | | $830.80 |
| 05/31/2010 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.08 | | $830.88 |
| 06/30/2010 | (INT) | M&I Bank | Interest Rate 0.120 | 1270-000 | $0.08 | | $830.96 |
| 07/23/2010 | | PARNELL-BCY-WARFIELD-TRT | DEBIT MEMO | 9999-000 | | $10.00 | $820.96 |
| 07/31/2010 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.09 | | $821.05 |
| 08/31/2010 | (INT) | M&I Bank | Interest Rate 0.120 | 1270-000 | $0.08 | | $821.13 |
| 09/30/2010 | (INT) | M&I Bank | Interest Rate 0.120 | 1270-000 | $0.08 | | $821.21 |
| 10/31/2010 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.09 | | $821.30 |
| 11/30/2010 | (INT) | M&I Bank | Interest Rate 0.120 | 1270-000 | $0.08 | | $821.38 |
| 12/31/2010 | (INT) | M&I Bank | Interest Rate 0.120 | 1270-000 | $0.09 | | $821.47 |
| 01/31/2011 | (INT) | M&I Bank | Interest Rate 0.120 | 1270-000 | $0.08 | | $821.55 |
| 02/28/2011 | (INT) | M&I Bank | Interest Rate 0.120 | 1270-000 | $0.08 | | $821.63 |
| 03/31/2011 | (INT) | M&I Bank | Interest Rate 0.120 | 1270-000 | $0.08 | | $821.71 |
| 04/30/2011 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.08 | | $821.79 |
| 05/31/2011 | (INT) | M&I Bank | Interest Rate 0.120 | 1270-000 | $0.09 | | $821.88 |
| 06/30/2011 | (INT) | M&I Bank | Interest Rate 0.100 | 1270-000 | $0.07 | | $821.95 |
| 07/31/2011 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.07 | | $822.02 |
| 08/31/2011 | (INT) | M&I Bank | Interest Rate 0.100 | 1270-000 | $0.07 | | $822.09 |
| 09/30/2011 | (INT) | M&I Bank | Interest Rate 0.100 | 1270-000 | $0.07 | | $822.16 |
| 10/31/2011 | (INT) | M&I Bank | Interest Rate 0.100 | 1270-000 | $0.07 | | $822.23 |
| 11/30/2011 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.07 | | $822.30 |
| 12/31/2011 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.07 | | $822.37 |
| 01/24/2012 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.05 | | $822.42 |
| | | | SUBTOTALS | | $842.42 | $20.00 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 08-14534-PCT GBN |
| **Case Name:** | PARNELL, MICHAEL DAMIEN |
| **Primary Taxpayer ID #:** | ******7795 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 10/20/2008 |
| **For Period Ending:** | 4/30/2013 |

| | |
|---|---|
| **Trustee Name:** | Lawrence J. Warfield |
| **Bank Name:** | M&I Bank |
| **Money Market Acct #:** | ******2900 |
| **Account Title:** | Money Market Account |
| **Blanket bond (per case limit):** | $82,080,307.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 01/24/2012 | | Transfer to Acct #******1339 | Final Posting Transfer | 9999-000 | | $822.42 | $0.00 |
| | | | **TOTALS:** | | $842.42 | $842.42 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $840.62 | $842.42 | |
| | | | Subtotal | | $1.80 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1.80 | $0.00 | |

| For the period of 10/20/2008 to 4/30/2013 | | For the entire history of the account between 02/15/2010 to 4/30/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $1.80 | Total Compensable Receipts: | $1.80 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1.80 | Total Comp/Non Comp Receipts: | $1.80 |
| Total Internal/Transfer Receipts: | $840.62 | Total Internal/Transfer Receipts: | $840.62 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $842.42 | Total Internal/Transfer Disbursements: | $842.42 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-14534-PCT GBN | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|
| Case Name: | PARNELL, MICHAEL DAMIEN | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | ******7795 | Checking Acct #: | ******0212 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | DDA |
| For Period Beginning: | 10/20/2008 | Blanket bond (per case limit): | $82,080,307.00 |
| For Period Ending: | 4/30/2013 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/12/2012 |  | M&I Bank | Transfer Funds | 9999-000 | $822.42 |  | $822.42 |
| 04/05/2013 | 5001 | Lawrence J. Warfield | Trustee Compensation | 2100-000 |  | $205.61 | $616.81 |
| 04/05/2013 | 5002 | Lawrence J. Warfield | Trustee Expenses | 2200-000 |  | $58.73 | $558.08 |
| 04/05/2013 | 5003 | RECOVERY MANAGEMENT SYSTEMS CORPORA | Claim #: 1; Distribution Dividend: 1.16; | 7100-000 |  | $45.88 | $512.20 |
| 04/05/2013 | 5004 | RECOVERY MANAGEMENT SYSTEMS CORPORA | Claim #: 2; Distribution Dividend: 1.16; | 7100-000 |  | $24.25 | $487.95 |
| 04/05/2013 | 5005 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | Claim #: 3; Distribution Dividend: 1.16; | 7100-000 |  | $11.55 | $476.40 |
| 04/05/2013 | 5006 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | Claim #: 4; Distribution Dividend: 1.16; | 7100-000 |  | $32.88 | $443.52 |
| 04/05/2013 | 5007 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | Claim #: 5; Distribution Dividend: 1.16; | 7100-000 |  | $15.96 | $427.56 |
| 04/05/2013 | 5008 | AMERICAN EXPRESS BANK FSB | Claim #: 6; Distribution Dividend: 1.16; | 7100-000 |  | $97.17 | $330.39 |
| 04/05/2013 | 5009 | AMERICAN EXPRESS CENTURION BANK | Claim #: 7; Distribution Dividend: 1.16; | 7100-000 |  | $18.74 | $311.65 |
| 04/05/2013 | 5010 | WELLS FARGO EDUCATION FINANCIAL SER | Claim #: 8; Distribution Dividend: 1.16; | 7100-000 |  | $111.05 | $200.60 |
| 04/05/2013 | 5011 | ECAST SETTLEMENT CORPORATION | Claim #: 9; Distribution Dividend: 1.16; | 7100-000 |  | $35.54 | $165.06 |
| 04/05/2013 | 5012 | ARIZONA STATE CREDIT UNION | Claim #: 10; Distribution Dividend: 1.16; | 7100-000 |  | $165.06 | $0.00 |
|  |  |  |  | SUBTOTALS | $822.42 | $822.42 |  |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4  Exhibit 9

| Case No. | 08-14534-PCT GBN | | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|---|
| Case Name: | PARNELL, MICHAEL DAMIEN | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | ******7795 | | Checking Acct #: | ******0212 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 10/20/2008 | | Blanket bond (per case limit): | $82,080,307.00 |
| For Period Ending: | 4/30/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $822.42 | $822.42 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $822.42 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $822.42 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $822.42 | |

**For the period of 10/20/2008 to 4/30/2013**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $822.42 |
| | |
| Total Compensable Disbursements: | $822.42 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $822.42 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/12/2012 to 4/30/2013**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $822.42 |
| | |
| Total Compensable Disbursements: | $822.42 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $822.42 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No. | 08-14534-PCT GBN | | Trustee Name: | Lawrence J. Warfield |
| Case Name: | PARNELL, MICHAEL DAMIEN | | Bank Name: | JPMorgan Chase Bank, N.A. |
| Primary Taxpayer ID #: | ******7795 | | Money Market Acct #: | ******0465 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 10/20/2008 | | Blanket bond (per case limit): | $82,080,307.00 |
| For Period Ending: | 4/30/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/01/2009 | | UNITED STATES TREASURY | 2008 FEDERAL TAX REFUND | * | $820.45 | | $820.45 |
| | {13} | | 2008 FEDERAL TAX REFUND $685.61 | 1224-000 | | | $820.45 |
| | {12} | | 2008 FEDERAL TAX REFUND $134.84 | 1224-000 | | | $820.45 |
| 09/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.03 | | $820.48 |
| 10/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.03 | | $820.51 |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.03 | | $820.54 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.03 | | $820.57 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.03 | | $820.60 |
| 02/23/2010 | (INT) | JPMorgan Chase Bank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | $0.02 | | $820.62 |
| 02/24/2010 | | Transfer to Acct #******2900 | Bank Funds Transfer | 9999-000 | | $820.62 | $0.00 |
| | | | TOTALS: | | $820.62 | $820.62 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $820.62 | |
| | | | Subtotal | | $820.62 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $820.62 | $0.00 | |

| For the period of 10/20/2008 to 4/30/2013 | | For the entire history of the account between 09/01/2009 to 4/30/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $820.62 | Total Compensable Receipts: | $820.62 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $820.62 | Total Comp/Non Comp Receipts: | $820.62 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $820.62 | Total Internal/Transfer Disbursements: | $820.62 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 6     Exhibit 9

| | |
|---|---|
| Case No. | 08-14534-PCT GBN |
| Case Name: | PARNELL, MICHAEL DAMIEN |
| Primary Taxpayer ID #: | ******7795 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 10/20/2008 |
| For Period Ending: | 4/30/2013 |

| | |
|---|---|
| Trustee Name: | Lawrence J. Warfield |
| Bank Name: | M&I Bank |
| Checking Acct #: | ******1339 |
| Account Title: | Checking Account |
| Blanket bond (per case limit): | $82,080,307.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/24/2012 | | Transfer from Acct #******2900 | Transfer In From MMA Account | 9999-000 | $822.42 | | $822.42 |
| 06/12/2012 | | Bank of Texas | Transfer Funds | 9999-000 | | $822.42 | $0.00 |
| | | | TOTALS: | | $822.42 | $822.42 | $0.00 |
| | | | Less: Bank transfers/CDs | | $822.42 | $822.42 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

**For the period of 10/20/2008 to 4/30/2013**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $822.42 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $822.42 |

**For the entire history of the account between 01/25/2012 to 4/30/2013**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $822.42 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $822.42 |

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | |
|---|---|---|---|---|
| **Case No.** | 08-14534-PCT GBN | | **Trustee Name:** | Lawrence J. Warfield |
| **Case Name:** | PARNELL, MICHAEL DAMIEN | | **Bank Name:** | M&I Bank |
| **Primary Taxpayer ID #:** | ******7795 | | **Checking Acct #:** | ******1339 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Checking Account |
| **For Period Beginning:** | 10/20/2008 | | **Blanket bond (per case limit):** | $82,080,307.00 |
| **For Period Ending:** | 4/30/2013 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $822.42 | $822.42 | $0.00 |

**For the period of 10/20/2008 to 4/30/2013**

| | |
|---|---|
| Total Compensable Receipts: | $822.42 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $822.42 |
| Total Internal/Transfer Receipts: | $2,485.46 |
| | |
| Total Compensable Disbursements: | $822.42 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $822.42 |
| Total Internal/Transfer Disbursements: | $2,485.46 |

**For the entire history of the case between 10/20/2008 to 4/30/2013**

| | |
|---|---|
| Total Compensable Receipts: | $822.42 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $822.42 |
| Total Internal/Transfer Receipts: | $2,485.46 |
| | |
| Total Compensable Disbursements: | $822.42 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $822.42 |
| Total Internal/Transfer Disbursements: | $2,485.46 |